UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WILLIAM PENN APARTMENTS, L.P.

    *Plaintiff*

v.

DISTRICT OF COLUMBIA COURT OF APPEALS, et al.

    *Defendants*

No. 1:13-cv-00178-RWR

## NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiff, William Penn Apartments Limited Partnership, by and through its attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses all claims in the above-captioned matter with prejudice.

Respectfully submitted,

    /s/
Victoria Toensing, D.C. Bar No. 304980
Joseph E. diGenova, D.C. Bar No. 73320
diGENOVA & TOENSING, L.L.P.
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this **22nd** day of **April**, a true copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send notification of said filing to the registered attorneys of record that the document is available for viewing and downloading via CM/ECF:

Tillman Finley, Esq.
Marino Law, PLLC
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006

*Attorney for the Scherlis Defendants*

Irving B. Nathan, Esq.
George C. Valentine, Esq.
Jonathan H. Pittman, Esq.
District of Columbia Office of the Attorney General
441 Fourth Street, N.W.
Suite 630, South
Washington, D.C. 20001

*Attorneys for the Judicial Defendants*

                                       /s/
                                  Joseph E. diGenova